IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Allen Peterson, | ) | Civil No. 0:19-cv-83 |
| | ) | |
| Plaintiff, | ) | Judge: Donovan W. Frank |
| | ) | |
| v. | ) | Magistrate: Tony N. Leung |
| | ) | |
| SMG, a Pennsylvania General Partnership, Metropolitan Sports Facilities Authority, and Hansen Bros. Fence, Inc., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO CANCEL
SETTLEMENT CONFERENCE**

COME NOW the parties and stipulate to cancel the settlement conference that is presently set for March 31, 2020, in the above-captioned matter. The parties agree that the plaintiff is in an at-risk group of persons in regard to the ongoing COVID-19 pandemic and that the defendants' representatives may be subject to corporate or legal restrictions on travel or attendance at court functions. The parties will, in lieu of the court-sponsored settlement conference, schedule a private mediation of this matter at least 3 months in advance of trial.

In the event the Court wishes to proceed with the settlement conference, the parties jointly request that the Court either (1) reschedule it to a later date or (2) allow all party representatives to be excused from personal attendance provided that they are available to be reached by telephone by their respective counsel at all times during the settlement conference.

*(Remainder of page intentionally left blank.)*

*Peterson v. SMG et al., 0:19-cv-83*
*Stipulation to Cancel Settlement Conference*

Dated this 17th day of March, 2020.

    /s/ Ariston E. Johnson
Ariston E. Johnson, MN Bar #0389485
ari@dakotalawdogs.com
Johnson & Sundeen
P.O. Box 1260
Watford City, ND 58854
(701) 444-2211
*Attorney for Plaintiff*

Dated this 17th day of March, 2020.

MEAGHER & GEER, P.L.L.P.

    /s/ John C. Hughes
John C. Hughes (#185929)
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
jhughes@meagher.com
(612) 338-0661

*Attorneys for Defendants SMG and Metropolitan Sports Facilities Authority*

Dated this 17th day of March, 2020.

GREGERSON, ROSOW, JOHNSON & NILAN, LTD

    /s/ Joseph A. Nilan
Joseph A. Nilan, #121277
Jacob T. Merkel, #0397211
100 Washington Ave. South, Ste. 1550
Minneapolis, MN 55401
(612) 338-0755
jnilan@grjn.com
jmerkel@grjn.com

*Attorneys for Defendant Hansen Bros. Fence, Inc.*